UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

07 CV 6097

Case No.

**Plaintiff**     American Civil Liberties Union; American Civil Liberties Foundation

v.

**Rule 7.1 Statement**

**Defendant**     Department of Defense; Central Intelligence Agency

JUN 2 8 2007

Pursuant to Federal Rule of Civil Procedure 7.1 [formerly Local General Rule 1.9] and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for _____ ACLU, et.al _____ (a private non-governmental party) certifies that the following are corporate parents, affiliates and/or subsidiaries of said party, which are publicly held.

    The plaintiffs in this matter have no corporate parents, and no publicly held corporation owns 10% or more of the stock of any plaintiff.

Date: 6/28/07

Signature of Attorney

**Attorney Bar Code:**

MG-7844

Form Rule7_1.pdf