AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

Southern  District of  New York

American Civil Liberties Union, American Civil Liberties Union Foundation

V.

Department of Defense, Central Intelligence Agency

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER:

**07 CV 6097**

TO: (Name and address of Defendant)

Attorney General Alberto Gonzales
United States Department of Justice
950 Pennsylvania Avenu, NW
Washington D.C.
20530

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Melissa Goodman, American Civil Liberties Union, 125 Broad Street, 18th Floor, New York, NY, 10004

an answer to the complaint which is served on you with this summons, within ____30____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

**J. MICHAEL McMAHON**  JUN 2 8 2007

CLERK  DATE

(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | 6/28/2007 |

| NAME OF SERVER (PRINT) | TITLE |
|---|---|
| Richard Rowe | Legal Assistant |

*Check one box below to indicate appropriate method of service*

☒ Served personally upon the defendant. Place where served:
  86 Chambers Street, New York, NY, 10007

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
  Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify):

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | $0.00 |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on   6/28/2007
              Date                    Signature of Server

125 Broad St., 18th Fl., New York, NY, 10004
*Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.