AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

_____Southern_____ DISTRICT OF _____New York_____

American Civil Liberties Union;
American Civil Liberties Union Foundation

**APPEARANCE**

v.

Case Number: 07 cv 6097

Department of Defense;
Central Intelligence Agency

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

American Civil Liberties Union, American Civil Liberties Union Foundation.

I certify that I am admitted to practice in this court.

| 7/5/2007 | /s/ Alexa Kolbi-Molinas |
|---|---|
| Date | Signature |
| | Alexa Kolbi-Molinas / AK-1112 |
| | Print Name / Bar Number |
| | 125 Broad Street, 18th Floor |
| | Address |
| | New York / NY / 10004 |
| | City / State / Zip Code |
| | (212) 519-7845 / (212) 549-2647 |
| | Phone Number / Fax Number |