September 24, 2007

Hon. Victor Marrero
United States District Judge
United States Courthouse
500 Pearl Street, Room 660
New York, NY 10007

      RE: *American Civil Liberties Union v. Department of Defense,*
        07-6097 (VM)

Dear Judge Marrero,

    Enclosed for filing in the above captioned case please find my Motion to Withdraw as Counsel.

    Thank you for your attention in this matter.

                                    Respectfully,

                                    _/s/_ Alexa Kolbi-Molinas

                                    Alexa Kolbi-Molinas

Encl.

cc**:** Serrin Andrew Turner, Esq.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| AMERICAN CIVIL LIBERTIES UNION, ET AL.,<br><br>    Plaintiffs,<br><br>    v.<br><br>DEPARTMENT OF DEFENSE, ET AL.,<br><br>    Defendants. | **MOTION TO WITHDRAW AS COUNSEL**<br><br>07 Civ. 6097 (VM) |

## MOTION TO WITHDRAW AS COUNSEL

Alexa Kolbi-Molinas, undersigned counsel, moves to withdraw as counsel in the above captioned matter. In support of this motion, she shows as follows:

1. She became counsel on July 22, 2007.

2. She has accepted a position as Staff Attorney Fellow at the Reproductive Freedom Project of the American Civil Liberties Union. She started in this position on September 18, 2007.

2

3. On September 24, 2007, she will stop working for and representing clients on behalf of the National Security Project of the American Civil Liberties Union Foundation.

4. Jameel Jaffer and Melissa Goodman of the American Civil Liberties Union Foundation and Arthur N. Eisenberg of the New York Civil Liberties Union Foundation will continue to represent the plaintiffs in this case.

5. The plaintiffs have consented to this motion.

This is the  24  day of September 2007.

                              Respectfully submitted,

                               /s/ Alexa Kolbi-Molinas
                              ALEXA KOLBI-MOLINAS (AK-1112)
                              JAMEEL JAFFER (JJ-4653)
                              MELISSA GOODMAN (MG-7844)
                              National Legal Department
                              American Civil Liberties Union Fdn.
                              125 Broad Street, 18th Floor
                              New York, NY 10004-2400
                              (212)-519-7845
                              Fax: (212)-549-2651
                              Email: akolbi-molinas@aclu.org

                              ARTHUR M. EISENBERG (AE-2012)
                              New York Civil Liberties Union Fdn.
                              125 Broad Street, 18th Floor
                              New York, NY 10004-2400